156 So.2d 224

**Josephine DOMINO**

v.

**NEW YORK FIRE INSURANCE CO. et al.**

No. 46861.

Sept. 26, 1963.

In re: New York Fire Insurance Company et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Mary. 153 So.2d 550.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

HAWTHORNE, J., is of the view that the writ should be granted.

156 So.2d 224

**C. P. GANDY, Jr., et al.**

v.

**W. C. FEAZEL et al.**

No. 46854.

Sept. 26, 1963.

In re: C. P. Gandy, Jr., et al. applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Caddo. 155 So.2d 474.

Writ refused. On the facts found by the Court of Appeal, there is no error of law

in its judgment rejecting relators' demand against Feazel and his insurer.